## EXHIBIT INDEX

**EXHIBIT A**    U.S. Patent No. D531,168

**EXHIBIT B**    Patent marking of JLab's B-Flex product

**EXHIBIT C**    Images of a retail packaging used by Bytech when selling, manufacturing and/or importing the infringing product, as well as the website of Bytech, www.bytechintl.com

**EXHIBIT D**    Printouts from the Accessory Power's website, www.accessorygenie.com, and www.amazon.com

**EXHIBIT E**    Images of the package of the Travel USB Speaker by Bytech, of the advertisement listing by Accessory Power on www.amazon.com, and of the advertisement listings by JLab from www.jlabaudio.com and www.amazon.com

# EXHIBIT A

US00D531168S

(12) **United States Design Patent**   (10) Patent No.:    **US D531,168 S**

Rosenfield   (45) Date of Patent:   ∗∗   **Oct. 31, 2006**

(54) **COMPUTER SPEAKER ASSEMBLY**

(76) Inventor:   **Joshua S. Rosenfield**, P.O. Box 43692, Tucson, AZ (US) 85733

(∗∗) Term:   **14 Years**

(21) Appl. No.: **29/229,909**

(22) Filed:   **May 13, 2005**

(51) **LOC (8) Cl.** ...................................................... **14-01**

(52) **U.S. Cl.** ...................................................... **D14/216**

(58) **Field of Classification Search** ................ D14/204, D14/207, 209–216, 356; 181/143–144, 147–148, 181/150, 157, 198–199, 151, 153; 381/300–302, 381/306, 333, 345, 361–364, 386–388, 332, 381/336

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D319,446 S   ∗   8/1991  Yamamoto ................. D14/215

| | | | | |
|---|---|---|---|---|
| 5,519,572 A | ∗ | 5/1996 | Luo | 381/87 |
| D466,887 S | ∗ | 12/2002 | Lewis | D14/216 |
| D469,754 S | ∗ | 2/2003 | Lewis | D14/215 |
| D486,140 S | ∗ | 2/2004 | Park, II | D14/172 |

∗ cited by examiner

*Primary Examiner*—Nanda Bondade

(74) *Attorney, Agent, or Firm*—Dale F. Regelman

(57) **CLAIM**

The ornamental design for a computer speaker assembly, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a computer speaker assembly showing my new design;

FIG. **2** is a front view thereof;

FIG. **3** is a rear view thereof; and,

FIG. **4** is a side view thereof.

**1 Claim, 4 Drawing Sheets**



# FIGURE 1



# FIGURE 2



# FIGURE 3



# FIGURE 4



EXHIBIT B

JLab B-Flex Patent Markings on Back of Product



EXHIBIT C





## SYSTEM FEATURES:

 Incredibly compact and portable, Great for travel!

 Technology used to produce deeper and more powerful bass in a small body.

 Crystal clear sound from high-quality digital amplifier and specially-designed micro drivers.

(•) Compact stereo speaker on a USB flex cable for laptop and desktops.

(•) Plug and play for PC and Mac with no batteries or wires required.

(•) The digital circuitry works on computers without sound cards.

(•) The Flexible design allows you to position the speaker for optimum listening enjoyment.



8  05112 55050  0

MADE IN CHINA

For technical assista
866-799-TECH

WWW.BYTECHINTL.COM

Manufactured by BYTECH NY INC, Brooklyn NY an authorized Licensee of Case Logic®

©2010 BYTECH NY INC.

*All trademarks and copyrights are the property of the respective companies



BYTECH
The Art of Technology

Mice    Keyboards    Webcams    Cooling Pads    Headsets/Mics    Speakers

# Welcome To Bytech

The Company:

Bytech years of experience in the electronic accessory industry has enabled us to constantly lead the way in designing and supplying you with the latest accessories in the electronic world. With a growing and rapidly changing marketplace we understand that you must have a leader to rely on for the most up to date products. Our goal has always been to find the most efficient way to make our customers satisfied and successful. As a result we have built a reputation for having top of the line packaging and quality control that ensures the end users satisfaction. We understand the time and trouble poorly made merchandise can cause.

Our top priority is making your job as simple as possible. We understand the many time consuming factors the retail environment entails, thus we make your ordering process as simple and productive as can be. Our educated sales representatives can assist you in making sure your storefront includes all the accessories and models needed to succeed in todays competitive industry.

Bytech can bring lots of products experience as well as supply knowledge to the table. Our business understands that as a supplier, merchandise is of # 1 importance, yet worthless if not backed by a strong support team.  We manage #s on a very detailed store level. We have an entire team that does just that. Our production capacity is not only very strong, but also very efficient and constant. We flow product very smoothly and effectively. We can help grow your business.  ·

Home   Contact Us/Tech Support   FAQ/Video Tutorials   News   Galleries   Advertisements




case LOGIC
WIRELESS ACCESSORIES

Mice   Keyboards   Webcams   Cooling Pads   Headsets/Mics   Speakers

BYTECH
The Art of Technology

**R-110**

Passive Speaker

High Quality Speaker Unit

Flexible Tube

Holder

LED Indicator

USB Plug

MSRP: $29.99

System Requirements:
IBM or Compatible PC
Windows XP, Windows Vista or Higher
USB Port
Macintosh System
Mac OS X 10.3.9+

Windows and MAC Compatible
2 Year Limited Warranty

Features
• Incredibly compact and portable. Great for travel
• Tenlogy used to produce deeper and more powerful bass in a small body
• Crystal clear sound from high-quality digital amplifier and specially-designed micro drivers
• Compact stereo speaker on usb flex cable for laptop and desktops.
• Plug and play for PC and MAC with no batteries or wires required.
• The digital circuitry works on computers without sound cards
• The flexible design  allows you to position the speaker of optimum listening enjoyment.

6W RMS

Bass Technology
to produce deep
& powerful bass

6W RMS
Output Power

3W X 2

USB
Powered

Plug & Play for
easy setup
USB for
Power & audio
NO WIRES
NO BATTERIES
REQUIRED

Specifications
Dimensions: 135L x 40D X 216H (mm)
Driver: 1.5 " Full range driver x 2
Total RMS Power: 6 Watts RMS (3Watts RMS x 2)
Frequency Response: 100Hz - 20Khz
Signal-to-noise ratio: >70dB

Ideal for
• Voice & Video Internet Chat
• Music
• PC Gaming
• Movies

Microsoft Windows

Home   Contact Us/Tech Support   FAQ/Video Tutorials   News   Galleries   Advertisements

◄Speakers

◄Back

EXHIBIT D



Home :: Electronics/Other :: Audio/Visual :: Speakers :: DEEPbass Compact 6 Watt USB Speaker for Apple Macbook and MacBook Pro Laptops - MC207LL/A, MC118LL/A, MB990LL/A and more ***Includes Accessory Bag

ACCESSORYGENIE
Affordable. Innovative. Electronics.

Cust. Service | My Account | Shopping Cart

Accessory Genie Login • My Cart: 0 items $0.00

Batteries | Battery Chargers | AC Adapters | iPod/MP3 | Cases/Bags | Memory Cards | Electronics/Other | Search

Back to School — Great Deals for Back-to-School

**Reward Points**

Log in to see how many reward points you have already earned.
No points earned yet on current order.
What are Reward Points?

**Manufacturers**

Please Select
ABD, LLC
Accessory Power

**Recently Viewed**

DEEPbass Compact 6 Watt USB Speaker for Apple Macbook and MacBook Pro Laptops - MC207LL/A, MC118LL/A, MB990LL/A and more ***Includes Accessory Bag
~~$79.99~~ $30.99
Save: 61% off

**Previous Orders**

Track Your Orders

**Newsletter**

Enter your email address to subscribe to our Newsletter.
Enter email address
subscribe

**Testimonials**

**Great selection**
Great selection of products to chose from and at great pricing. Overall a pleasure was had through accessorygenie. The savings and coupons really...
Read More ->

**Recommended**
I have been nervous ordering on the internet so I checked out this store before ordering. I saw many good reviews so I gave them a try. All went well...
Read More ->

View All Testimonials
Add A Testimonial

Shipping & Handling FAQ CLICK HERE

30 Days Money Back
Click for details

**DEEPbass Compact 6 Watt USB Speaker for Apple Macbook and MacBook Pro Laptops - MC207LL/A, MC118LL/A, MB990LL/A and more ***Includes Accessory Bag**

~~$79.99~~ $30.99
Save: 61% off

Earn 31 reward points

Add to Cart: 1
ADD TO CART

Description | Details | Additional Images | Reviews | Better Together

### Description

### Product Description

### Powerful Bass, Crystal Clear Audio, Portable Size

The DEEPbass Compact USB Speaker produces deep, rich audio and comes in a portable, easy-to-carry size. The technology behind the speaker is able to produce deeper and more powerful bass in a small body that is great for travel. There are no wires and no batteries are required. The USB Plug & Play easy setup system makes getting the music blasting a breeze. The flex-neck design allows you to position the speaker for optimum listening enjoyment. The USB Connection makes it compatible with all types of computers, laptops, notebooks and netbooks. The DEEPbass Compact USB Speaker packs tons of features and tons of sound into a small package that is easy on the wallet and your travel bag.

*The DEEPbass Compact USB Speaker is ideal for music, gaming, and voice & video chat.*

Compatible with MC207LLA, MC118LLA, MB990LLA, MC226LLA, MB991LLA, MC233LLA and more

WRITE A REVIEW

This product was added to our catalog on Thursday 11 March, 2010.

Accessory Genie accepts:

Home :: About Us :: Terms and Conditions :: Privacy Policy :: Shipping & Handling Information :: Press Releases :: Blog :: Friends :: Affiliate Program :: Follow us @ twitter! :: Better Together Promotions :: New Products RSS Feed

© Copyright 2003 - 2010 Accessory Genie, Battery Genie - All rights reserved.

Home :: Electronics/Other :: Audio/Visual :: Speakers :: DEEPbass Compact 6 Watt USB Speaker for Apple Macbook and MacBook Pro Laptops - MC207LL/A, MC118LL/A, MB990LL/A and more ***Includes Accessory Bag :: Reviews



EXHIBIT E

JLAB

SIGN IN

PRODUCTS | BLOG | COMPANY | ACCOUNT | SUPPORT | CART

B-Flex Hi-Fi Stereo USB Speaker for Laptops

Product   Features   Specs

**Need better sound from your laptop?**

The stylish new B-Flex is a compact stereo speaker on a USB flex cable for laptops and desktops. Plug and play for PC and Mac with no batteries or wires. Incredibly compact and portable. Great for travel! Ideal for mp3's, DVDs, presentations, and gaming. Features dual 1 watt digital amps and 2 full range paper cone micro drivers for crystal clear sound. The B-Flex digital circuitry even works on computers without sound cards.

The patented flex design allows you to position the speaker for optimum listening enjoyment. The only product of its kind, the B-Flex has been featured in the New York Times, on ABC News, on Gizmodo, and on virtually every gadget site in the world. WIRED magazine says the B-Flex "puts laptop speakers to shame."

Color  Black

Quantity  1

$39.95

ADD TO BAG

Link to this page | Add to Widget | Add to aStore | Share on Twitter | Your Earnings Summary | What's New | Discussion Boards | Settings

Hello, Josh Rosenfield. We have recommendations for you. (Not Josh?)

Josh's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

FREE Two-Day Shipping for College Sponsored by Post-it & Scotch

Your Account | Help

Shop All Departments | Search Electronics | 2 Cart | Your Lists

All Electronics | Brands | Bestsellers | Audio & Home Theater | Camera & Photo | Car Electronics & GPS | Cell Phones & Service | Computers | MP3 Players | TV & Video | Deals

See larger image and other views

Share your own customer images

# Laptop Speakers - USB, Portable, Compact, Travel Speaker for PC and Mac - B-Flex 2 Hi-Fi Stereo USB Speaker (Black)

by JLAB

(103 customer reviews)

Share

List Price: ~~$69.95~~
Price: $19.95
You Save: $50.00 (71%)

**In Stock.**
Ships from and sold by JLab Audio.

$19.95 + $7.75 shipping
In Stock. Sold by **JLab Audio**
Quantity: 1

or

Sign in to turn on 1-Click ordering.

Express Checkout with PayPhrase
Josh's Unhelpful Endorsements
What's this? | Create PayPhrase

More Buying Choices
Have one to sell?

‹ Return to Product Overview

## Product Features and Technical Details

**Product Features**

- Plug and play for PC* and Mac. Uses only USB power, no wires or batteries!
- Easy to use. Incredibly compact and portable. Great for travel!
- Produces crystal clear sound with dual 1-watt digital amps and 2 high output, full range micro drivers.
- Patent pending flexible design allows you to totally customize your listening experience by flexing the speaker into virtually any position.
- This amazing gadget was featured in the NY Times, on ABC News, in WIRED magazine, and on virtually every gadget site in the world.

**Technical Details**

**Brand Name:** JLab Audio
**Model:** B-Flex 2
**Input Power:** USB 5V
**Drivers:** Two 36mm paper cone drivers
**Output:** 1 W per channel x 2 channels
**Resonant frequency:** 200 Hz
**Signal to Noise Ratio:** greater than 80db
**Compatibility:** No drivers needed for use with Win 98/2000/XP/Vista/7 (R), MAC OS(R), and GNU/LINUX(R) Kernel 2.4 and above. This product may not be compatible with Toshiba laptops due to Toshiba's recent change to underpowered USB Ports.

‹ Return to Product Overview

**Feedback**

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

JLab Audio Privacy Statement | JLab Audio Shipping Information | JLab Audio Returns & Exchanges

**Your Recent History** (What's this?)

**Recently Viewed Items**

- DEEPbass Compact 6 Watt USB Speaker for all L... by CL
- JLab B-Flex - Portable speakers - USB - 2 W... by JLAB
- JLab USB Laptop Speakers - Portable, Compac... by JLAB
- Entrepreneur Magazine Subscrip...

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Page 1 of 7

- Forbes (1-year) (45) $29.99 Fix this recommendation
- Fortune (1) $29.98 Fix this recommendation
- Bloomberg Businessweek (18) $49.99 Fix this recommendation
- TIME (1-year) (176) $20.00 Fix this recommendation
- Wired (1-year) (242) $10.00 Fix this recommendation
- Inc. (1-year) (30) $9.97 Fix this recommendation
- Belkin USB 2.0 4-Port Ultra Mini Hub F5U407 (298) $6.88 Fix this recommendation
- Fast Company (1-year) (32) $9.97 Fix this recommendation

**Recent Searches**

b-flex (Electronics), JLab Audio (Electronics), entrepreneur magazine (All Departments), newsweek (All Departments), usb laptop speaker (Electronics), usb speaker (Electronics), usp speaker (Electronics), usb speaker (All Departments), Logitech 9000 (Electronics), headphones (Accessories & Supplies)

› **View and edit your browsing history**

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Join Associates
Advertise with Us
Self-publish with Us
› See all

**Let Us Help You**
Shipping Rates & Policies
Amazon Prime
Returns
Help

amazon.com

Canada | China | France | Germany | Japan | United Kingdom

AmazonWireless Cellphones & Wireless Plans | Askville Community Answers | Audible Download Audio Books | DPReview Digital Photography | Endless Shoes & Handbags | Fabric Sewing, Quilting & Knitting | IMDb Movies, Films & Actors | Shopbop Designer Fashion Brands | Small Parts Tools, Parts & Materials | Warehouse Deals Open-Box Discounts | Zappos Shoes & Clothing

Conditions of Use | Privacy Notice | © 1996-2010, Amazon.com, Inc. or its affiliates







## SYSTEM FEATURES:

(•) Incredibly compact and portable, Great for travel!

(•) Technology used to produce deeper and more powerful bass in a small body.

(•) Crystal clear sound from high-quality digital amplifier and specially-designed micro drivers.

(•) Compact stereo speaker on a USB flex cable for laptop and desktops.

(•) Plug and play for PC and Mac with no batteries or wires required.

(•) The digital circuitry works on computers without sound cards.

(•) The Flexible design allows you to position the speaker for optimum listening enjoyment.

   

Bytech NY Inc
2585 West 13th Street
Brooklyn NY 11223

8 05112 55050 0

MADE IN CHINA

For technical assista
866-799-TECH

WWW.BYTECHINTL.COM

Manufactured by BYTECH NY INC, Brooklyn NY an authorized Licensee of Case Logic®

©2010 BYTECH NY INC.
*All trademarks and copyrights are the property of the respective companies

